Submitted on record and appellant's brief June 9, reversed June 27, 1978

ROBERT MOTTON, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 12-77-286, CA 10096)

579 P2d 1314

Robert C. Cannon, and Schlegel, Milbank, Wheeler, Jarman, and Hilgemann, Salem, filed the brief for petitioner.

James A. Redden, Attorney General, Walter L. Barrie, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Respondent confesses error. Reversed.